IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHIRLEY GOBER,

    Plaintiff,

v.                                                  CASE NO. 1:09-cv-00123-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation, Doc. 20, regarding the Complaint, Doc. 1. The Magistrate Judge has recommended the decision of the Commissioner denying benefits be affirmed. The plaintiff has not objected, and the time for doing so has passed. Finding no plain error, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 20, is ADOPTED and incorporated herein.

2.     The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   _26th_ day of February, 2010

                                                          *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge